# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

RODERICK COMER,

        Plaintiff,                  **2:17-CV-13218-NGE**

v.

ROOSEN VARCHETTI & OLIVIER, PLLC, a
professional domestic limited liability company;
and CAVALRY SPV I, LLC, a foreign limited
liability company,

        Defendants.

___

## PARTIES' RULE 41(a)(1)(A)(ii) STIPULATION TO DISMISS WITH PREJUDICE AND WITHOUT FEES OR COSTS

Roderick Comer, Roosen Varchetti & Olivier, PLLC and Cavalry SPV I, LLC (jointly "Parties") stipulate to this dismissal of this case with prejudice and without fees or costs, as provided by Rule 41(a)(1)(A)(ii).

| | |
|---|---|
| THE LIBLANG LAW FIRM, P.C., | MADDIN HAUSER ROTH & HELLER, P.C. |
| */s/ Dani K. Liblang (w/consent)* | */s/ Kathleen H. Klaus* |
| Dani K. Liblang | Kathleen H. Klaus |
| Attorneys for Plaintiff | Attorney for Defendants Roosen and Roosen Varchetti & Olivier |
| 346 Park Street, Suite 200 | 28400 Northwestern Hwy, 2nd Floor |
| Birmingham, MI 48009 | Southfield, MI 48034 |
| (248) 540-9270 | (248) 359-7520 |
| danil@lemonlawlawyers.com | kklaus@maddinhauser.com |
| P33713 | P67207 |

03098181 v1

PILGRIM CHRISTAKIS LLP

*/s/ Katrina S. Christakis   (w/consent)*
Anna-Katrina S. Christakis
Attorney for Cavalry SPV I, LLC
321 N. Clark, 26th Floor
Chicago, IL  60654
312-939-0920
kchristakis@pilgrimchristakis.com


Dated: May 20, 2019

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

RODERICK COMER,

       Plaintiff,                  **2:17-CV-13218-NGE**

v.

ROOSEN VARCHETTI & OLIVIER, PLLC, a
professional domestic limited liability company;
and CAVALRY SPV I, LLC, a foreign limited
liability company,

       Defendants.

## RULE 41(a)(1)(A)(ii) ORDER TO DISMISS WITH PREJUDICE

This cause coming to be heard on the parties' stipulation,

IT IS HEREBY ORDERED:

The within cause of action is hereby dismissed with prejudice, without fees or costs to any party, as provided by Rule 41(a)(1)(A)(ii).

Dated:  May 21, 2019                      s/ Nancy G. Edmunds
                                                          NANCY G. Edmunds
                                                          U.S. District Court

03098181 v1